The People of the State of New York, Respondent, 
against
Anthony Brown, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Eugene Schwartzwald, J.H.O.), rendered October 1, 2018, convicting him, upon his plea of guilty, of violating Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Eugene Schwartzwald, J.H.O.), rendered October 1, 2018, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted.
We agree with defendant that the record fails to establish that he understood the nature of the offense to which he was pleading, and that his plea was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375, 383-85 [2015]). Inasmuch as defendant has served his sentence, we dismiss the accusatory instrument in lieu of ordering a new trial. We note that the People have declined to submit a respondent's brief on this appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: March 10, 2020